USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                        :
ALASANA JALLOW, individually and on behalf of  :
others similarly situated,
                                                        :             1:20-cv-05071-GHW
                                            Plaintiff(s),  :
                                                        :                    ORDER
                        -v -                                     :
                                                        :
BIG EMPIRE INC. (D/B/A 99 CENTS AND      :
UP), QAISAR RAZZAQ, MERY DOE, RAJA
DOE, and RIKI DOE,                              :
                                                        :
                                               Defendant(s).  :
                                                        :
--------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on April 20, 2022, the parties are directed to file no later than April 27, 2022, a supplemental submission in support of the parties' stipulation to voluntarily dismiss without prejudice the Plaintiff's Fair Labor Standards Act claims.

SO ORDERED.

Dated: April 22, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge